

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00516-CV

Kyle **KELLAR**,
Appellant

v.

**AGGREGATE HAULERS I, L.P.**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-08738
Honorable Richard Price, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARION

In accordance with this court's opinion of this date, this appeal is REINSTATED on the docket of this court. Appellant's motion to dismiss is GRANTED, and this appeal is DISMISSED. Costs of the appeal are taxed against appellant.

SIGNED January 22, 2014.

_____
Catherine Stone, Chief Justice